STATE of Missouri, Respondent,

v.

Robert ADAMS, Appellant.

No. ED 96986.

Missouri Court of Appeals,
Eastern District,
Division Five.

Sept. 4, 2012.

Andrew Zleit, St. Louis, MO, for appellant.

Chris Koster, John W. Grantham, Jefferson City, MO, for respondent.

Before: GARY M. GAERTNER, JR., C.J., MARY K. HOFF, J., and ROBERT M. CLAYTON III, J.

### ORDER

PER CURIAM.

Defendant, Robert Adams, appeals from the judgment and sentence after a jury found him guilty of robbery in the second degree and twelve counts of misdemeanor stealing. No jurisprudential purpose would be served by a written opinion. The parties have been provided with a memorandum for their information only, setting forth the reasons for this decision. The judgment is affirmed pursuant to Rule 30.25(b).

James HEMPHILL, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 97023.

Missouri Court of Appeals,
Eastern District,
Division Five.

Sept. 4, 2012.

Caroline Austin, Cape Girardeau, MO, for appellant.

Chris Koster, Attorney General, Dora A. Fichter, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before GARY M. GAERTNER, JR., C.J., MARY K. HOFF, J., and ROBERT M. CLAYTON III, J.

### ORDER

PER CURIAM.

James J. Hemphill appeals the judgment denying his Rule 29.15 motion for post-conviction relief without an evidentiary hearing. We find that the motion court did not clearly err in denying Hemphill's claim for post-conviction relief without an evidentiary hearing. We affirm.

An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 84.16(b).